IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSEMARY ROUSSAW : | |
|   *AS LEGAL GUARDIAN OF A.J.,* : | |
|   *A MINOR,* : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 19-1458 |
| MASTERY CHARTER HIGH SCHOOL, ET AL. : | |

**O R D E R**

**AND NOW**, this 22nd day of May, 2020, upon consideration of Defendants' Motion for Judgment on the Pleadings (ECF No. 23), and all documents submitted in support thereof or in opposition thereto, consistent with the accompanying memorandum, it is **ORDERED** as follows:

1. As to Count One, the Motion is **DENIED** as to Plaintiff's Title IX Claims and **GRANTED** as to Plaintiff's demand for punitive damages on her Title IX Claims.

2. As to Count Two, the Motion is **GRANTED** as to Plaintiff's Section 1983 claims.

3. As to Count Three, the Motion is **DENIED** as to Plaintiff's Intentional Infliction of Emotional Distress Claims.

4. As to Count Four, the Motion is **DENIED** as to Plaintiff's Breach of Fiduciary Duty Claims.

5. The stay of discovery, entered on August 29, 2019, is lifted.

**IT IS SO ORDERED.**

                                              **BY THE COURT:**

                                              */s/ R. Barclay Surrick*
                                              **R. BARCLAY SURRICK, J.**