IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.J. : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 19-1458 |
| MASTERY CHARTER : | |
| HIGH SCHOOL, ET AL. : | |

# O R D E R

**AND NOW**, this 15th day of September 2022, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 70), Plaintiff's response in opposition thereto (ECF No. 72), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

(1) Defendants' Motion for Summary Judgment is **GRANTED**.

(2) Judgment is hereby **ENTERED** in favor of Defendants Mastery Charter High School, Mastery Charter School Pastorius-Richardson Elementary, Scott Gordon, Hillary Meserve, Eric Langston, and Michael Patron and against Plaintiff A.J..

(3) The Clerk of Court shall mark this matter **CLOSED**.

IT IS SO ORDERED.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**